ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Beverly K. Anderson
Kevin C. Hakala
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Kevin.hakala@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ahmad Suhad Ahmad,<br><br>　　　　Defendant. | 18-00784MJ<br><br>MOTION TO SEAL COMPLAINT AND ARREST WARRANT<br><br><u>UNDER SEAL</u> |

　　　　The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing the Complaint, Arrest Warrant, this Motion to Seal, and the Order to Seal for the reason that the defendant is a fugitive, until further Order of the Court.

　　　　Respectfully submitted this 26th day of October, 2018.

　　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　　First Assistant United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　BEVERLY K. ANDERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney