# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmad Suhad Ahmad<br><br>_Defendant_ | )<br>)  Case No.  **18-00784MJ**<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Ahmad Suhad Ahmad ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 842(p)(2)(B), Distribution of Information Relating to Explosives, Destructive Devices and Weapons of Mass Destruction.

Date: 10/26/2018

/s Eric Markovich
_Issuing officer's signature_

City and state: Tucson, AZ

Honorable Eric J. Markovich
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 10/26/18 , and the person was arrested on _(date)_ 10/26/18
at _(city and state)_ Tucson, Arizona .

Date: 10/29/18

_Arresting officer's signature_

Jon Edwards, Special Agent
_Printed name and title_