1  ELIZABETH A. STRANGE
   First Assistant U.S. Attorney
2  District of Arizona
   KEVIN C. HAKALA
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: kevin.hakala@usdoj.gov
6  Attorneys for Plaintiff

FILED   LODGED
RECEIVED   COPY

OCT 2 9 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY   DEPUTY

**SEALED**

7         IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9
   United States of America,                    18-00784-TUC (EJM)
10
                    Plaintiff,          GOVERNMENT'S MOTION
11                                         TO UNSEAL CASE

12         vs.
                                       (Paper Filed In A Sealed Case
13  Ahmad Suhad Ahmad,                 All Defendant Name(s) to Be Made Public)

                    Defendant.
14

15         The United States of America, by and through its undersigned attorneys,

16  respectfully requests that this Court enter an Order to:

17         1.    Unseal the case.

18         2.    It is the intent of the government to unseal the entire case and *(check one)*:

19              ☒  The government is not specifying any documents to remain sealed.

20              ☐  The government requests that the following documents be ordered

21  sealed: Doc.

22         3.    Pursuant to the March 2004 Judicial Conference guidance, certain criminal

23  documents shall not be included in the public case file and should not be made available to

24  the public at the courthouse or via remote electronic access: unexecuted summonses or

25  warrants of any kind (e.g., search warrants, arrest warrants); pretrial bail or presentence

26  investigation reports; statements of reasons in the judgment of conviction; juvenile records;

27  documents containing identifying information about jurors or potential jurors; financial

28  affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte*

1   requests for authorization of investigative; and expert or other services pursuant to the

2   Criminal Justice Act. Accordingly, the government requests that documents in those

3   categories remain sealed without further order of the Court.

4        Respectfully submitted this 29th day of October, 2018.

5

6                    ELIZABETH A. STRANGE
                         First Assistant U.S. Attorney

7                    District of Arizona

8

9                    KEVIN C. HAKALA
                     Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28