JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
walter_goncalves@fd.org
Attorney for Defendant

FILED / RECEIVED OCT 30 2018 CLERK US DISTRICT COURT DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-00784MJ |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE DETENTION AND PRELIMINARY HEARING** |
| vs. | |
| Ahmad Suhad Ahmad, | **(First Request. No Objection)** |
| Defendant. | **(FILED UNDER SEAL)** |

Defendant, Ahmad Suhad Ahmad, by and through counsel, hereby requests a **2-day** continuance of the Detention and Preliminary Hearing currently set on Wednesday, October 31, 2018. This request is based on the following:

1. Undersigned counsel is scheduled to meet with clients at the detention facility in Florence, AZ.

2. Assistant United States Attorney Kevin Hakala and Beverly Anderson have been contacted and do not oppose this request.

RESPECTFULLY SUBMITTED this 30th day of October 2018.

JON M. SANDS
Federal Public Defender

*/s/ Walter Goncalves*
WALTER I. GONCALVES, JR.
Assistant Federal Public Defender

1

| | |
|---|---|
| 1 | Original filed this date via the clerk's office and copy hand delivered to: |
| 2 | Kevin Hakala<br>Assistant U.S. Attorney |
| 3 | |
| 4 | Beverly Anderson<br>Assistant U.S. Attorney |