

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Ahmad Suhad Ahmad,<br><br>        Defendant. | 18-00784-TUC (EJM) LCK<br><br>ORDER |

On motion of the United States of America,

IT IS ORDERED that the Clerk shall:

1. Unseal the case.

Dated: 10/29/18

Honorable Eric J. Markovich
United States Magistrate Judge