AMENDED CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ahmad Suhad Ahmad**<br>DOB: 1988; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>18-MJ-00784 |

Complaint for violations of: Title 18, United States Code, Section 842(p)(2)(A);
Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: From on or about March 24, 2017, to on or about April 26, 2017, at or near Tucson, and elsewhere, in the District of Arizona, AHMAD SUHAD AHMAD, did teach and demonstrate to another person the making and use of an explosive, destructive device, or weapon of mass destruction, and did distribute to another person, by any means, information pertaining to, in whole or in part, the manufacture or use of an explosive, destructive device, or weapon of mass destruction, in that AHMAD SUHAD AHMAD provided an individual with homemade bomb recipes and taught an individual how to construct remote-detonating bombs, with the intent that the teaching, demonstration, or information be used for, or in furtherance of, activities which constituted a federal crime of violence, to wit, Title 18, United States Code, Section 2332a.

All in violation of Title 18, United States Code, Section 842(p)(2)(A).

Count 2: From on or about January 1, 2017, to on or about March 7, 2017, at or near Tucson, in the District of Arizona, AHMAD SUHAD AHMAD did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to possess with intent to distribute 100 grams or more, but less than 1 kilogram of heroin, that is, approximately 150 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 22, 2016, Ahmad Suhad Ahmad (Ahmad) told a confidential source (CS3) he knew how to detonate a bomb by using a cellular phone with a removable cellular battery. Ahmad described how he learned this during the war in Iraq. Ahmad said the bombs were easy to make.

In January and February 2017, Ahmad asked confidential sources (CS3 and CS4) if they were interested in purchasing heroin. Ahmad agreed to sell heroin to CS3 and CS4 for $35 per gram that Ahmad would obtain from his neighbor (aka "Pancho"). On February 27, 2017, Ahmad met with CS3 and CS4 at 4875 E. Wyoming, Lot 22, Tucson, Arizona.

CONTINUED ON REVERSE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA Kevin C. Hakala | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]* S4 |
|---|---|
| | OFFICIAL TITLE<br>FBI Special Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>November 1, 2018 |

1)   See Federal rules of Criminal Procedure Rules 3 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Ahmad advised CS3 and CS4 that he only had 50 grams of heroin available that he would sell to them for $27 per gram. Ahmad went next door to Pancho's property to purchase the heroin. Ahmad then pulled up in a white Nissan Xterra and handed CS4 a plastic bag containing a dark substance. CS3 paid $1,600 to Ahmad ($1,300 for Pancho and $300 for Ahmad) since they originally agreed to $35 per gram for the heroin. Ahmad told CS3 he would have more heroin available the next day for CS3 to purchase. FBI agents conducted surveillance of the heroin transaction and provided the dark substance, upon receipt from CS3 and CS4, to the FBI for testing. Analysis concluded the dark substance contained the properties of heroin and weighed 45.3 grams.

On March 1, 2017, CS3 and CS4 met Ahmad at Lot 22. Ahmad told Pancho that CS3 was interested in purchasing more heroin at a later date. On March 4, 2017, Ahmad's brother asked CS3 if he was interested in purchasing more heroin. CS3 told Ahmad's brother that he wanted to purchase another 100 grams of heroin, so Ahmad's brother informed Ahmad. On March 7, 2017, CS3 met Ahmad at Lot 22 to complete the heroin transaction. Ahmad told CS3 that he will pay Pancho $27 per gram for the heroin. When Ahmad tried to purchase the 100 grams of heroin, Pancho had sold all of his supply earlier that day.

On April 4, 2017, Ahmad met with CS3 at CS3's apartment. CS3 asked Ahmad to show him how to make a car bomb for a target in Mexico, to which Ahmad agreed. CS3 informed Ahmad that the purported target in Mexico was a ranking member of a Drug Trafficking Organization. Between April 4, 2017, and April 26, 2017, Ahmad met on numerous occasions with CS3, CS4, and multiple undercover FBI agents in Tucson to discuss the plans for building the bomb.

On April 11, 2017, Ahmad showed CS3 an image of explosive materials and instructions on his cellphone. Ahmad explained the instructions were in Arabic, not in English. On April 13, 2017, Ahmad showed CS3 homemade bomb instructions on his cellphone and promised to translate them. On April 16, 2017, Ahmad met inside CS3's vehicle at Ahmad's apartment complex in Tucson. Ahmad explained some of the equipment he would need to build the bomb and that he had been studying up on how to build the explosive. Ahmad sent CS3 a text message with a recipe of how to make explosives that were written in Arabic. The recipe consisted of a multi-step process to make an improvised explosive device (IED). On April 19, 2017, Ahmad met with CS3 and an undercover agent at CS3's apartment to finalize plans to make the bomb. As part of the plan, Ahmad agreed to travel to Las Vegas, Nevada, to build the device.

On April 26, 2017, Ahmad, CS3, CS4, and two undercover FBI agents travelled from Tucson, Arizona, to Las Vegas, Nevada. Ahmad brought along a number of his own items to assist in constructing the bomb, including a circuit tester, electrical tape, and tubes of Permatex Epoxy. The undercover agents brought the other items required to build the bomb, which were obtained from a list provided by Ahmad. Once they were in Las Vegas, they all went to a condominium. Over the course of several hours, Ahmad built the device and described what he was doing to one of the undercover agents. Ahmad showed one of the agents how to connect the blasting caps and where to place the C-4. Ahmad then guided the undercover agent on how to make a second device. Once both devices were completed, Ahmad explained how they operated. Ahmad believed the bombs would be detonated in the United States when the intended target from Mexico was going to be in the United States to attend a sporting event. FBI agents on scene maintained control of the explosive devices. The C-4 and blasting caps were inert items controlled by the FBI.